479 A.2d 1140

Commonwealth v. Bowman, Appellant.

Submitted February 24, 1984. Judith A. Calkin, for appellant; Kather-

ene E. Holtzinger, Deputy District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and CIRILLO and CERCONE, JJ.

Affirmed.